## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**NATHAN P. GOLDSTEIN, as he is**
**EXECUTIVE DIRECTOR, MASSACHUSETTS**
**LABORERS' BENEFIT FUNDS,**
     **Plaintiff,**

     **v.**                                          **Civil Action No. 1:23-cv-10453-___**

**NC INCORPORATED AMN,**
     **Defendant.**

### ORDER OF RECUSAL
**February 28, 2023**

**TALWANI, D.J.**

     Pursuant to 28 U.S.C. § 455(b)(4), I recuse myself from participation in this matter and

direct the clerk forthwith to reassign the case randomly to another District Judge.

     **IT IS SO ORDERED.**                    **/s/ Indira Talwani_____**
                                           **UNITED STATES DISTRICT JUDGE**